# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODING TECHNOLOGIES, LLC, | § |
| Plaintiff, | § Case No: 1:19-cv-02366-CFC |
| vs. | § PATENT CASE |
| CHINA UNIONPAY (USA) LLC | § |
| Defendant. | § |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Coding Technologies, LLC hereby files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Coding Technologies, LLC hereby voluntarily dismisses this action against China UnionPay (USA) LLC, with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Stamatios Stamoulis* .
**STAMATIOS STAMOULIS**
**STAMOULIS & WEINBLATT LLC**
800 N. West St.
Third Floor,
Wilmington, DE 19801
(302) 999-1540
weinblatt@swdelaw.com

**ATTORNEYS FOR PLAINTIFF**